**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number:
WAYNE A. WIGNES,

v.

AON CORPORATION, an Illinois Corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AON Corporation

```
FILED: SEPTEMBER 4, 2008
08CV5047
JUDGE GUZMAN
MAGISTRATE JUDGE NOLAN
YM
```

| NAME (Type or print) |
|---|
| Tracy L. Bradford |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Tracy L. Bradford |

| FIRM |
|---|
| DLA Piper US LLP |

| STREET ADDRESS |
|---|
| 203 North LaSalle Street, Suite 1900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06228890 | 312-368-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com